RIDLEY *v.* THE STATE.

ATKINSON, Presiding Justice. 1. Where newly discovered evidence, urged as a ground for new trial, was that of a psychiatrist as to the mental condition of the accused, but no affidavits as to the witness's residence, associates, means of knowledge, character, and credibility were adduced, such is not a compliance with the provisions of Code § 70-205, and the discretion of the trial judge in refusing a new trial on this ground will not be disturbed. *Phillips* v. *State*, 138 *Ga.* 815 (2) (76 S. E. 352); *Bass* v. *State*, 152 *Ga.* 415 (11) (110 S. E. 237); *Cole* v. *State*, 176 *Ga.* 135 (2) (167 S. E. 172); *Grier* v. *State*, 196 *Ga.* 515 (1) (26 S. E. 2d, 889).

2. The general grounds of the motion are expressly abandoned.

*Judgment affirmed. All the Justices concur.*

No. 17669. ARGUED NOVEMBER 14, 1951—DECIDED JANUARY 16, 1952.

*Dudley F. Hancock, Richard H. Sapp Jr.,* for plaintiff in error.

*Eugene Cook, Attorney-General, Warren Akin, Solicitor-General, H. Grady Simmons, Assistant Attorney-General,* contra.